UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOGGAN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0944 CKD P<br><br><br><br>ORDER |

IT IS HEREBY ORDERD that on March 28, 2019, California Department of Corrections and Rehabilitation ("CDCR") officers John Patrick and Jay Chaverri are to transport a Transcutaneous Electrical Nerve Stimulator, or TENS unit, on behalf of Bruce Wayne Morris CDCR inmate number B-95129 from Mule Creek State Prison in Ione, CA to California Health Care Facility in Stockton, CA.

Dated: March 28, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1